OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE**

PRESORTED
FIRST CLASS

UNITED STATES POSTAGE
PITNEY BOWES

02 1M
0004279596
$ 00.26⁵
APR 29 2015
MAILED FROM ZIPCODE 78701

4/20/2015
CORRALES-ESCOTO, OSCAR OMAR     Tr. Ct. No. 14-06-06563-CR(1)
                                WR-83,169-01

On this day, the application for 11.07 Writ of Habeas Corpus has been received
and presented to the Court.

Abel Acosta, Clerk

**RETURN TO SENDER** OSCAR OMAR CORRALES-ESCOTO
( ) CELL & PIN # RMONTGOMERY COUNTY JAIL #482072
(✓) NO LONGER AT #1 CRIMINAL JUSTICE DR.
( ) UNAUTHORIZED MATERIAL CONROE, TX 77301
( ) NO GREETING CARDS

U TF

CAWBS3B 77301